IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00269-GPG

KEVIN JOHN NAGL JR.,

    Plaintiff,

v.

DR. GARVEY,
NURSE AMY, and
NURSE ASHLEY,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a presiding judge and when appropriate to a magistrate judge pursuant to D.C.COLO.LCivR 40.1.   Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when appropriate to a magistrate judge.

DATED February 6, 2016, at Denver, Colorado.

                                        BY THE COURT:

                                        Gordon P. Gallagher

United States Magistrate Judge