IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00269-PAB-MJW

KEVIN JOHN NAGL, JR.,

Plaintiff,

v.

GARVEY,
AMY, and
ASHLEY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Motion to Vacate and Reset Status Conference (Docket No. 20) is GRANTED; and

- The Scheduling Conference set for March 30, 2016 at 10:00 a.m. is VACATED and RE-SET for April 4, 2016 at 10:30 a.m.

Date: February 29, 2016