IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00269-PAB-MJW

KEVIN JOHN NAGL, JR.,

Plaintiff,

v.

GARVEY,
AMY, and
ASHLEY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Motion to Stay Discovery and Vacate Scheduling Conference (Docket No. 28) is GRANTED;

- Discovery is STAYED; and

- The Scheduling Conference set for May 26, 2016 at 9:00 a.m. is CONVERTED to a Status Conference.   The Show Cause Hearing set for the same time shall continue as already scheduled (Docket No. 24).

Date: May 2, 2016